UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 19-695-ODW-KK** | Date: | February 8, 2021 |
| Title: | *Robert Stanley Woods v. Haar, et al.* | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order to Show Cause Why Action Should Not Be Dismissed for Failure to File a Status Report

On January 24, 2019, Plaintiff Robert Stanley Woods ("Plaintiff"), an inmate at Richard J. Donovan Correctional Facility, filed a Complaint pursuant to 42 U.S.C. § 1983 ("Section 1983") against defendants Drs. Haar, Breen, and Taylor (collectively, "Defendants"). ECF Docket No. ("Dkt.") 1. On August 11, 2020, Defendants filed an Answer to the following remaining claims in the Complaint: a First Amendment retaliation claim against defendant Haar and an Eighth Amendment deliberate indifference claim against defendants Breen and Taylor. Dkt. 56.[1]

On August 25, 2020, the Court issued a Case Management and Scheduling Order, ordering each party to "file and serve a status report no later than **January 25, 2021**." Dkt. 59 at 3 (emphasis in original). On January 25, 2021, Defendants filed a status report. Dkt. 65. As of the date of this Order, Plaintiff has not filed a status report as required by the Case Management and Scheduling Order.

Accordingly, **on or before March 8, 2021**, Plaintiff is ORDERED TO SHOW CAUSE in writing why he has failed to file a status report as required by the Case Management and Scheduling Order.

///
///
///

---

[1] All other claims in the Complaint have been dismissed. See dkts. 9, 45, 51.

      **Plaintiff is cautioned that failure to timely file a response to this Order may result in a recommendation that this action be dismissed without prejudice for his failure to comply with Court orders and failure to prosecute.**  See FED. R. CIV. P. 41(b).

      **IT IS SO ORDERED.**