IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT S. WOODS aka SALADIN RUSHDAN ,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. HAAR, et al.,**<br><br>Defendants. | Case No. 2:19-cv-00695-ODW (KK)<br><br>**ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants have applied *ex parte* for an extension of time to file a reply in support of their motion for summary judgment. Having considered the application, the Court finds good cause to grant such modification request.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Defendants' *ex parte* application for extension of time to file reply in support of Defendants' motion for summary judgment is **GRANTED**.

/ /

/ /

/ /

/ /

1

2. Defendants shall file a reply in support of their motion for summary judgment on or before October 22, 2021.

**IT IS SO ORDERED**.

Dated: September 15, 2021

_____
The Honorable Kenly Kiya Kato
U.S. Magistrate Judge