JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STANLEY WOODS, | Case No. CV 19-695-ODW (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| HAAR, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: February 22, 2022

HONORABLE OTID D. WRIGHT, II
United States District Judge